```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 19139
    HARRY V HAYNES JR
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2331


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/16/07 and confirmed on 02/06/08.

    2.  The case was dismissed after confirmation, 07/25/2008.

    3.  The Debtor paid a total of $   2533.00 .

    4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
EVERHOME MORTGAGE CO     CURRENT MORTG        .00            .00            .00
EVERHOME MORTGAGE CO     MORTGAGE ARRE        .00            .00            .00
INTERNAL REVENUE SERVICE PRIORITY         7840.49            .00            .00
COMCAST                  UNSECURED        NOT FILED          .00            .00
DIRECTV                  UNSECURED        NOT FILED          .00            .00
FAMILY HERITAGE          UNSECURED        NOT FILED          .00            .00
PREMIER BANKCARD/CHARTER UNSECURED          455.65           .00            .00
PREMIER BANKCARD/CHARTER UNSECURED          390.75           .00            .00
HSBC                     UNSECURED        NOT FILED          .00            .00
ILLINOIS COLLECTION SERV UNSECURED        NOT FILED          .00            .00
LOYOLA MEDICINE          UNSECURED        NOT FILED          .00            .00
MED BUSINESS BUREAU      UNSECURED        NOT FILED          .00            .00
MEDICAL COLLECTION SYSTE UNSECURED        NOT FILED          .00            .00
MOHAMAD ALZEIN MD        UNSECURED        NOT FILED          .00            .00
CBCS                     UNSECURED        NOT FILED          .00            .00
MORRIS HOSPITAL          UNSECURED        NOT FILED          .00            .00
SALLY HAYNES             UNSECURED        NOT FILED          .00            .00
SBC                      UNSECURED        NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          714.27           .00            .00
SPRINT NEXTEL            UNSECURED        NOT FILED          .00            .00
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------------
ST JOSEPH MEDICAL CENTER UNSECURED        NOT FILED          .00            .00
US CELLULAR              UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE UNSECURED         2634.98           .00            .00
ILLINOIS DEPT REVENUE    PRIORITY           526.73           .00            .00
ILLINOIS DEPT REVENUE    UNSECURED           35.70           .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------------
```

```
                    SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00      8367.22     4231.35         .00     12598.57
PRINCIPAL PAID          .00          .00         .00         .00          .00
INTEREST PAID           .00          .00         .00         .00          .00
TOTAL PAID              .00          .00         .00         .00          .00
```

The Debtor's attorney, LEGAL HELPERS PC           , was allowed $   3500.00
and was paid $     726.00   direct and $   2386.09   through the plan.

The Trustee received $    146.91 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 07 B 19139 HARRY V HAYNES JR